JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ESPARZA, JUNIOR,<br>Petitioner<br>v.<br>JEFF LYNCH, Warden,<br>Respondent. | Case No. 5:22-cv-01598-GW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: December 4, 2023

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE